UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN HENSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JAY McILRATH, McILRATH FAMILY LIMITED PARTNERSHIP, McILRATH FAMILY GENERAL PARTNERSHIP, and DOES 1-10, inclusive,<br><br>    Defendants. | No.  CIV. S-13-2169 LKK/DAD<br><br>**ORDER** |

By minute order issued January 7, 2014, the initial status conference set in this matter was continued to March 31, 2014 to allow plaintiff to complete service of process.  Plaintiff was directed to inform defendants of the new status conference date, and status reports were due fourteen days prior to the reset status conference.

There is no proof that defendants have been served with process and plaintiff has not filed a status report. Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

////

1

1.  Within fourteen days from the date of this order plaintiff shall show cause in writing, if any she has, why this action should not be dismissed for lack of prosecution.

2.  Failure to respond to this order will result in the dismissal of this action pursuant to Fed. R. Civ. P. 41.

3.  The status conference set for March 31, 2014 at 10:00 a.m. is vacated.

DATED:  March 27, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2