UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN HENSLEY, | No.  CIV. S-13-2169 LKK/DAD |
|     Plaintiff, | |
|   v. | **ORDER** |
| JAY McILRATH, McILRATH FAMILY LIMITED PARTNERSHIP, McILRATH FAMILY GENERAL PARTNERSHIP, and DOES 1-10, inclusive, | |
|     Defendants. | |

By order filed March 28, 2014, plaintiff was ordered to show cause in writing why this action should not be dismissed for lack of prosecution and the initial status conference, previously reset to March 31, 2014 to allow plaintiff to complete service of process, was vacated.  Plaintiff has timely responded to the order to show cause.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1.  The March 28, 2014 order to show cause is vacated;

2.  This matter is set for initial status conference on June 16, 2014 at 1:30 p.m.  The parties shall file status reports

1

1   fourteen days prior to the status conference.

2           3.   Plaintiff shall serve a copy of this order on

3   defendants.

4           DATED:   April 14, 2014.

8   LAWRENCE K. KARLTON
    SENIOR JUDGE
9   UNITED STATES DISTRICT COURT

2