UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSELYN HENSLEY, | No.  CIV. S-13-2169 LKK/DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JAY McILRATH, McILRATH FAMILY LIMITED PARTNERSHIP, McILRATH FAMILY GENERAL PARTNERSHIP, and DOES 1-10, inclusive, | |
| Defendants. | |

By minute order issued January 7, 2014, the initial status conference set in this matter was continued to March 31, 2014 to allow plaintiff to complete service of process.  Plaintiff was directed to inform defendants of the new status conference date, and status reports were due fourteen days prior to the reset status conference.

In an order filed March 28, 2014 (ECF No. 7), this court found no proof that defendants had been served with process and plaintiff had not filed a status report.  Accordingly, plaintiff

1

was ordered to show cause within fourteen days why this action should not be dismissed for lack of prosecution.  Mar. 28, 2014 Order (ECF No. 7) at 2.  Plaintiff timely responded to the order to show cause.  By order filed April 15, 2014 (ECF No. 10), the order to show cause was vacated, the initial status conference was reset to June 16, 2014 at 1:30 p.m., the parties were directed to file status reports fourteen days prior to status conference, and plaintiff was directed to serve a copy of the order on defendants.  Apr. 15, 2014 Order (ECF No. 10) at 1-2.

Neither party has filed a status report.[1]  Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Within five days from the date of this order plaintiff shall file a request for default and within five days of entry of default, move for default judgment, if such judgment is proper; or

2. Show cause in writing, why this action should not be dismissed for lack of prosecution.

3. The status conference set for June 16, 2014 at 1:30 p.m. is vacated.

DATED:  June 12, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Defendants have not appeared in the action.

2