1  DANIEL MALAKAUSKAS, SBN 265903
   P.O. Box 7006
2  Stockton, CA 95267

3
   Attorney for PLAINTIFF
4

5  MARK A. THIEL, SBN 182045
   Law Offices of Mark A. Thiel
6  3439 Brookside Road, Suite 205
7  Stockton, CA 95219

8  Attorney for DEFENDANTS

9
## UNITED STATES DISTRICT COURT
10
## EASTERN DISTRICT OF CALIFORNIA
11
## SACRAMENTO DIVISION
12

|  |  |
|---|---|
| ROSELYN HENSLEY, | Case No.: 2:13-cv-02169-JAM-DAD |
| PLAINTIFF, | **STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF** |
| v. | [Fed. R. Civ. P. 41] |
| JAY McILRATH, McILRATH FAMILY LIMITED PARTNERSHIP, McILRATH FAMILY GENERAL PARTNERSHIP and DOES 1-10, inclusive, | |
| DEFENDANTS. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: March 3rd, 2016 /s/Daniel Malakauskas
Daniel Malakauskas, Attorney for Plaintiff, ROSELYN HENSLEY

Dated: March 3rd, 2016 /s/Mark Thiel
Mark Thiel
Attorneys for Defendants, JAY McILRATH, McILRATH FAMILY LIMITED PARTNERSHIP, McILRATH FAMILY GENERAL PARNTERSHIP

## ORDER

**IT IS HEREBY ORDERED**, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated:  3/16/2016 /s/ John A. Mendez
U. S. District Court Judge